

# T. A. BLACKBURN LAW

**TYRONE A. BLACKBURN**

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

January 11, 2026

**Via ECF**
Honorable Clay H. Kaminsky, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Palaguachi et al. v. United Parcel Service, Inc.*
Case No.: 1:25-cv-05548

**Request for A Two Wee Extension of Time**

Dear Judge Kaminsky:

Plaintiffs through counsel, respectfully request a 14-day extension of the current briefing schedule for Defendants motion to dismiss. On January 5, 2026, my cousin whom I helped raise, committed suicide in Orlando, Florida. For reasons unknown, he set himself on fire and succumbed to his injuries at 12:30 pm. The court can review the news report of this incident via the following link: https://www.tampafp.com/new-york-man-dies-after-being-found-with-severe-burns-on-florida-high-school-campus/

This will mark the 6th death of a close friend or loved one since labor day 2025. I will be traveling to Florida this week to be with my family and to prepare for his funeral. I apologize for any inconvenience this may cause. This is the first request.

The proposed new filing deadlines will be:

Current Dates:
- Current: Plaintiffs shall serve their response and accompanying papers on Defendant by **January 14, 2026**.
- Current: Defendant shall serve its reply and any accompanying papers on Plaintiffs by **January 22, 2026**.
- Current: The parties shall submit a joint status letter proposing a discovery schedule by **January 29, 2026**.

New Dates:

# T. A. BLACKBURN LAW

- New: Plaintiffs shall serve their response and accompanying papers on Defendant by **January 28, 2026**.
- New: Defendant shall serve its reply and any accompanying papers on Plaintiffs by **February 5, 2026**.
- New: The parties shall submit a joint status letter proposing a discovery schedule by **February 12, 2026**.

Respectfully Submitted,

/s/ *Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All counsel for the record via ECF.