

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*ATTORNEYS AT LAW*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Leslie A. Lajewski
leslie.lajewski@ogletree.com

January 12, 2026

**VIA ECF Filing**
The Honorable Judge Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *Carlos Palaguachi, et al. v. United Parcel Service, Inc.*
           Civil Action No: 1:25-cv-05548-DG-CHK

Dear Judge Kaminsky:

    We are in receipt of Plaintiff's counsel's January 11, 2026 letter requesting a 2-week extension of the filing deadline dates for Defendant UPS's motion to dismiss. UPS has no objection to the request. Counsel offers her condolences to Plaintiff's counsel's family for their loss.

    Respectfully submitted,

    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

    */s/ Leslie A. Lajewski*
    Leslie A. Lajewski

LAL
Cc: All counsel of record via ECF Notice

A South Carolina Professional Corporation ■ Steven J. Luckner ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington