UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS PALAGUACHI,<br>ROBERT SANTIAGO,<br>AHMED RADWAN,<br>and<br>WARREN PAYNE,<br>*individually and on behalf of others similarly situated,*<br>                              Plaintiffs,<br><br>             -against-<br><br>UNITED PARCEL SERVICE, INC.,<br>                              Defendant. | Docket Number: 1:25-cv-05548<br><br>SUPPLEMENTAL DECLARATION OF TYRONE A. BLACKBURN, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

I, Tyrone A. Blackburn, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the attorney of record for Plaintiffs Carlos Palaguachi, Robert Santiago, Ahmed Radwan, and Warren Payne in the above-captioned action. I am admitted to practice before this Court. I submit this supplemental declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

2. I have personal knowledge of the facts stated herein, except where stated on information and belief, and could testify competently to them if called as a witness.

**Case Law Exhibits**

3. For the Court's convenience, I am providing true and correct copies of the cases cited in Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

4. Attached hereto as **Exhibit A** are true and correct copies of the judicial opinions cited in Plaintiffs' Memorandum of Law, as follows:

    1. *Allis-Chalmers Corp. v. Lueck*, 471 U.S. 202 (1985).
    2. *Andrako v. U.S. Steel Corp.*, 2008 WL 2020176 (W.D. Pa. May 8, 2008).
    3. *Arista Records, LLC v. Doe 3*, 604 F.3d 110 (2d Cir. 2010).
    4. *Arroyo v. NYU Langone Hospital*, 2019 WL 5682628 (S.D.N.Y. Oct. 31, 2019).
    5. *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).
    6. *Barrentine v. Arkansas-Best Freight System, Inc.*, 450 U.S. 728 (1981).
    7. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).
    8. *Berger v. New York University*, 2019 WL 3526533 (S.D.N.Y. Aug. 2, 2019).
    9. *Boykin v. KeyCorp*, 521 F.3d 202 (2d Cir. 2008).
    10. *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384 (1990).
    11. *Federated Dep't Stores, Inc. v. Moitie*, 452 U.S. 394 (1981).

1

12. *Freeman v. River Manor Corp.*, 2019 WL 1177717 (E.D.N.Y. Mar. 13, 2019).
13. *Goel v. Bunge, Ltd.*, 820 F.3d 554 (2d Cir. 2016).
14. *Goldman v. Belden*, 754 F.2d 1059 (2d Cir. 1985).
15. *Gyecsek v. J.P. Hogan Coring & Sawing, Corp.*, 2019 WL 1059998 (S.D.N.Y. Mar. 6, 2019).
16. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).
17. *Harris v. City of New York*, 186 F.3d 243 (2d Cir. 1999).
18. *Hayward v. IBI Armored Services, Inc.*, 954 F.3d 573 (2d Cir. 2020).
19. *Holmes v. Grubman*, 568 F.3d 329 (2d Cir. 2009).
20. *In re NYSE Specialists Securities Litigation*, 503 F.3d 89 (2d Cir. 2007).
21. *Kaye v. Orange Regional Medical Center*, 975 F. Supp. 2d 412 (S.D.N.Y. 2013).
22. *Lingle v. Norge Div. of Magic Chef, Inc.*, 486 U.S. 399 (1988).
23. *Livadas v. Bradshaw*, 512 U.S. 107 (1994).
24. *McKenna v. Wright*, 386 F.3d 432 (2d Cir. 2004).
25. *Murray v. United Parcel Service, Inc.*, 2022 WL 4447341 (E.D.N.Y. Sept. 25, 2022).
26. *Najmiev v. Special Touch Home Care Services, Inc.*, 2017 WL 2992206 (S.D.N.Y. July 12, 2017).
27. *Nakahata v. New York-Presbyterian Healthcare System, Inc.*, 723 F.3d 192 (2d Cir. 2013).
28. *Polanco v. Brookdale Hosp. Medical Center*, 819 F. Supp. 2d 129 (E.D.N.Y. 2011).
29. *Ray v. Ray*, 22 F.4th 69 (2d Cir. 2021).
30. *Reliance Ins. Co. v. Polyvision Corp.*, 390 F. Supp. 2d 269 (E.D.N.Y. 2005).
31. *Scheuer v. Rhodes*, 416 U.S. 232 (1974).
32. *Severin v. Project OHR, Inc.*, 2011 WL 3902994 (S.D.N.Y. Sept. 2, 2011).
33. *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506 (2002).
34. *Tran v. Tran*, 54 F.3d 115 (2d Cir. 1995).
35. *Tumminia v. Staten Island University Hospital*, 241 A.D.3d 17, 237 N.Y.S.3d 90 (2d Dep't 2025).
36. *Vera v. Saks & Co.*, 335 F.3d 109 (2d Cir. 2003).
37. *Zinermon v. Burch*, 494 U.S. 113 (1990).

5. Copies of these cases are provided to assist the Court in reviewing the legal authorities cited in Plaintiffs' opposition memorandum. Exhibit A is a true and correct copy of the cited opinions obtained from Westlaw.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 30, 2026

                                                Respectfully submitted,

                                                */s/ Tyrone A. Blackburn, Esq.*
                                                Tyrone A. Blackburn, Esq.
                                                Attorney for Plaintiff's
                                                1242 E. 80th Street, 3rd Floor
Cc: all counsel of record via ecf                Brooklyn, New York 11236
                                                Telephone: (347) 342-7432