# EXHIBIT B

Deposition-Related Communications

**Westwood-Booth, Michael**

**From:** Michael.Westwood-Booth@ogletreedeakins.com

---

**From:** Russo, Anthony E. <anthony.russo@ogletree.com>
**Sent:** Friday, July 31, 2026 6:05 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>; Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>
**Subject:** RE: Santiago Deposition

Hi Tyrone:

As I mentioned in my last email, our office is unfortunately unable to proceed with Mr. Santiago's deposition on such short notice. This is due to the practical constraints of scheduling a deposition in a matter of days, my and Mike's unavailability on Monday to take the deposition, and the need to confer with our client regarding its position on this matter in light of your and your client's failure to appear for his deposition on July 28, as scheduled.

Further, in response to your question, our office does not have a location in Brooklyn.

Sincerely,

Anthony

**Anthony E. Russo | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2338
anthony.russo@ogletree.com | www.ogletree.com | Bio

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, July 31, 2026 5:02 PM
**To:** Russo, Anthony E. <anthony.russo@ogletree.com>
**Cc:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>; Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>
**Subject:** Re: Santiago Deposition

***[Caution: Email received from external source]***

---

Following up. My client is ready to go on Monday. He just needs to provide his employer with notice. Let me know. Also, does your firm have an office in Brooklyn as this is where the case is filed.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications

Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, Jul 30, 2026 at 6:41 PM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

> I take responsibility for the error on Tuesday, as I mistakenly believed the deposition was for Carlos. The discovery will come this weekend. Again, Mr. Santiago needs to provide advanced notice so a replacement can be arranged. I will stick to the August 3rd extension and consent to August 4th for Mr. Santiago.
>
> Regards,
>
> Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law. It may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.
>
> On Thu, Jul 30, 2026 at 6:31 PM Russo, Anthony E. <anthony.russo@ogletree.com> wrote:
>
>> Hi Tyrone:
>>
>> Thank you for reaching out regarding the rescheduling of Robert Santiago's deposition, which you have offered to reschedule on August 4, 2026.
>>
>> Unfortunately, we are not available to take Mr. Santiago's deposition on that date. As you should also be aware from the Court's recent order, the discovery deadline, as extended by the Court, is **Monday, August 3, 2026**. In addition, we will need to confer with UPS regarding its position on this matter given the failure of both you and Mr. Santiago to appear for Mr. Santiago's deposition on Tuesday, August 28th, or contact us about that no-show. As soon as we have conferred with UPS, I will contact you. My hope is that will be early next week.
>>
>> Sincerely,

Anthony

**Anthony E. Russo | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2338
anthony.russo@ogletree.com | www.ogletree.com | Bio

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, July 30, 2026 5:57 PM
**To:** Russo, Anthony E. <anthony.russo@ogletree.com>
**Subject:** Santiago Deposition

***[Caution: Email received from external source]***

---

Hi Anthony,

I am following up. Mr. Santiago has to submit a vacation day in advance so his employer can find his replacement.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

**Westwood-Booth, Michael**

**From:** Michael.Westwood-Booth@ogletreedeakins.com

**From:** Russo, Anthony E. <anthony.russo@ogletreedeakins.com>
**Sent:** Tuesday, July 28, 2026 10:30 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>; Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>
**Subject:** Palaguachi v. UPS - Santiago Deposition

Hi Tyrone:

We are currently at our firm's New York City office for Robert Santiago's deposition, which was schedule to begin this morning at 10:00 a.m. I have previously made two attempts to call the number you called me at yesterday (347-342-7342) but was unable to leave a voicemail, and was informed that the number could not be reached.

Please be advised that we will be at our office until 11:00 am, at which point we will close the record.

Sincerely,

Anthony

**Anthony E. Russo | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2338
anthony.russo@ogletree.com | www.ogletree.com | Bio

**Westwood-Booth, Michael**

---

**From:** Michael.Westwood-Booth@ogletreedeakins.com

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, July 13, 2026 12:56 PM
**To:** Lajewski, Leslie A. <leslie.lajewski@ogletree.com>
**Cc:** Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>; Russo, Anthony E. <anthony.russo@ogletreedeakins.com>
**Subject:** Re: [Palaguachi] Santiago Deposition at Ogletree Manhattan Office

***[Caution: Email received from external source]***

---

I had difficulty getting hold of Carlos. I spoke with his family member, and he finally called me. He is working this week, but says that the 28th would be better for him due to the notice requirement for his job.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Jul 13, 2026 at 11:26 AM Lajewski, Leslie A. <leslie.lajewski@ogletree.com> wrote:

Hi Tyrone,

I just left you a voicemail. Once you listen to it, could you give me a call today to discuss?

Thanks,

Leslie

**Leslie A. Lajewski | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2322
leslie.lajewski@ogletree.com | www.ogletree.com | Bio

---

**From:** Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>
**Sent:** Wednesday, July 8, 2026 4:19 PM
**To:** Russo, Anthony E. <anthony.russo@ogletreedeakins.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>
**Subject:** [Palaguachi] Santiago Deposition at Ogletree Manhattan Office

Hi Tyrone,

A brief follow-up to Anthony's email; we will host Mr. Santiago's deposition at our firm's New York office, located at 1270 Avenue of the Americas, 24th Floor, New York, NY 10020, not our New Jersey office. The start time is still 10:00 a.m.

Please note that a videographer will be present to record Mr. Santiago's testimony.

Thank you.

**Michael Westwood-Booth | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-385-1840
michael.westwood-booth@ogletree.com | www.ogletree.com | Bio

---

**From:** Russo, Anthony E. <anthony.russo@ogletreedeakins.com>
**Sent:** Monday, July 6, 2026 11:29 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>; Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>
**Subject:** RE: Palaguachi v. UPS - Deposition Notice (Santiago)

Hi Tyrone:

I am following up on both Leslie's prior email (below) and the message I left for you a short time ago. Our firm has received no response to Leslie's email from you confirming that Plaintiff Robert Santiago's deposition will proceed as scheduled. Accordingly, as soon as possible, please confirm that Plaintiff Santiago's deposition will proceed at our firm's office in Morristown, New Jersey, on Wednesday, July 15, 2026, at 10:00 a.m.

Unless we hear otherwise, we will be prepared to proceed with Mr. Santiago's deposition as scheduled, including hiring the court reporter and videographer. Because of that, if we proceed with these arrangements and you and your client fail to attend or seek to reschedule the deposition, our office will seek to recover the costs incurred in connection with the deposition.

Sincerely,

Anthony

**Anthony E. Russo | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2338
anthony.russo@ogletree.com | www.ogletree.com | Bio

---

**From:** Lajewski, Leslie A. <leslie.lajewski@ogletreedeakins.com>
**Sent:** Monday, June 15, 2026 2:33 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Westwood-Booth, Michael <Michael.Westwood-Booth@ogletreedeakins.com>; Russo, Anthony E.

<anthony.russo@ogletreedeakins.com>
**Subject:** Palaguachi v. UPS - Deposition Notice (Santiago)

Good afternoon, Tyrone:

Attached, please find a notice for the deposition of Plaintiff Robert Santiago in the above-referenced matter.

The deposition is scheduled for **Wednesday, July 15, 2026 at 10:00 a.m.** at our firm's office in Morristown, New Jersey.

If it would be more convenient, we can schedule the deposition to be held at our firm's New York office, located at 1270 Avenue of the Americas, 24th Floor, New York, NY 10020. If you need us to move the deposition, please let me know as soon as you can so that I can reserve a conference room in our NY office and notify the court reporter.

In addition, we need Plaintiffs' Answers to Interrogatories and Responses to Document Demands to enable us to take a fulsome deposition of Mr. Santiago. I wrote last week asking for an update on when we can expect this discovery but have yet to hear back from you. Can you please let me know when we can expect it?

Regards,

Leslie

**Leslie A. Lajewski | Ogletree Deakins**
10 Madison Avenue, Suite 400 | Morristown, NJ 07960 | Telephone: 973-630-2322
leslie.lajewski@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*